```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| LAUREEN M. BOLES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA WATER | : | |
| DEPARTMENT | : | NO. 06-1609 |

<u>ORDER</u>

AND NOW, this 21st day of May, 2010, upon consideration of defendant's motion for summary judgment (docket entry # 32), plaintiff's response thereto (docket entry # 33), and defendant's motion for leave to file a reply brief (docket entry # 35), it is hereby ORDERED that:

1. Defendant's motion for leave to file a reply brief (docket entry # 35) is GRANTED;

2. The Clerk of Court shall DOCKET defendant's reply brief, which is attached to his motion for leave to file a reply brief as Exhibit A;

3. Defendant's motion for summary judgment (docket entry # 32) is GRANTED; and

4. The Clerk of Court shall CLOSE this matter statistically.

BY THE COURT:


\_\_\s\Stewart Dalzell